# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

In Re: §
§
MCFARLAND, MARGARET § Case No. 13-11534
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/21/2013. The undersigned trustee was appointed on 04/12/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $    170,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 89,045.20 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 80,954.80 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 06/23/2014 and the deadline for filing governmental claims was 06/23/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 9,755.55 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 9,755.55 , for a total compensation of $ 9,755.55 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/17/2018        By:/s/GINA B. KROL
                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| | | |
|---|---|---|
| Case No: | 13-11534   JSB   Judge: JANET S. BAER | Trustee Name: GINA B. KROL |
| Case Name: | MCFARLAND, MARGARET | Date Filed (f) or Converted (c): 03/21/13 (f) |
| | | 341(a) Meeting Date: 04/12/13 |
| For Period Ending: | 05/17/18 | Claims Bar Date: 06/23/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1522 APPLE GROVE LN., WESTMONT, IL 60559 | 157,135.00 | 0.00 | OA | 0.00 | FA |
| 2. 206 CARRINGTON PLACE, ARDEN, NC 28704 | 165,000.00 | 0.00 | OA | 0.00 | FA |
| 3. FINANCIAL ACCOUNTS | 200.00 | 0.00 | OA | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 750.00 | 0.00 | OA | 0.00 | FA |
| 5. WEARING APPAREL | 300.00 | 0.00 | OA | 0.00 | FA |
| 6. PENSION / PROFIT SHARING | 450.00 | 0.00 | OA | 0.00 | FA |
| 7. PENSION / PROFIT SHARING | 170,000.00 | 0.00 | OA | 0.00 | FA |
| 8. LIQUIDATED CLAIMS | 2,734.00 | 0.00 | OA | 0.00 | FA |
| 9. VEHICLES | 5,659.00 | 0.00 | OA | 0.00 | FA |
| 10. PERSONAL INJURY (u) | 0.00 | 170,000.00 | | 170,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $502,228.00 | $170,000.00 | | $170,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Pre-trial mediation set for June 2017; trial scheduled for early December 2017 - May 22, 2017

Personal injury action pending March 16, 2017, 10:46 am

Personal injury action pending October 12, 2016, 02:40 pm

Personal injury action pending
October 08, 2015, 10:18 am

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                                                    Ver: 20.00i

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 13-11534   JSB   Judge: JANET S. BAER | Trustee Name: | GINA B. KROL |
| Case Name: | MCFARLAND, MARGARET | Date Filed (f) or Converted (c): | 03/21/13 (f) |
| | | 341(a) Meeting Date: | 04/12/13 |
| | | Claims Bar Date: | 06/23/14 |

Personal Injury case pending

October 22, 2014, 04:18 pm

October 02, 2014, 10:30 am Trustee reopened bankrutpcy case to administer an undisclosed personal injury action

Initial Projected Date of Final Report (TFR): 12/15/15        Current Projected Date of Final Report (TFR): 12/31/18

          /s/     GINA B. KROL
_____     Date: 05/17/18
          GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 13-11534 -JSB | | Trustee Name: | GINA B. KROL |
| Case Name: | MCFARLAND, MARGARET | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******8127 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8345 | | | |
| For Period Ending: | 05/17/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/25/18 | 10 | CNA<br>Chicago, IL | Partial Settlement Proceeds | 1242-000 | 80,000.00 | | 80,000.00 |
| 04/26/18 | 10 | Philadelphia Insurance Company<br>One Bala Plaza<br>Suite 100<br>Bala Cynwyd, PA  19004 | Settlement Proceeds | 1242-000 | 90,000.00 | | 170,000.00 |
| 04/26/18 | 030001 | Matthias Gill<br>1820 Ridge Road<br>Suite 216<br>Homewood, IL 60430 | Attorneys' Fees per Court Order | 3210-600 | | 56,666.66 | 113,333.34 |
| 04/26/18 | 030002 | Matthias Gill<br>1820 Ridge Road<br>Suite 216<br>Homewood, IL 60430 | Attorneys' Expenses per Court Order | 3220-610 | | 32,378.54 | 80,954.80 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 170,000.00 | 89,045.20 | 80,954.80 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 170,000.00 | 89,045.20 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 170,000.00 | 89,045.20 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******8127 | 170,000.00 | 89,045.20 | 80,954.80 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 170,000.00 | 89,045.20 | 80,954.80 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    170,000.00    89,045.20

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 13-11534 -JSB | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- |
| Case Name: | MCFARLAND, MARGARET | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8127 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8345 | | |
| For Period Ending: | 05/17/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account (Non-Interest Earn - *******8127)

| | | | Page Subtotals | | 0.00 | 0.00 | |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | | Date: May 17, 2018 |
|---|---|---|---|---|---|---|---|

Case Number: 13-11534  
Debtor Name: MCFARLAND, MARGARET  
Priority Sequence  
Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|---|
| 001<br>3210-60 | Mathias Gill<br>The Gill Law Firm PC<br>1820 Ridge Road, Suite 216<br>Homewood, IL 60430 | Administrative | 2221918127 | 04/26/18    30001 | $0.00 | $56,666.66<br>56,666.66 | $56,666.66 |
| 001<br>3220-61 | Mathias Gill<br>The Gill Law Firm PC<br>1820 Ridge Road, Suite 216<br>Homewood, IL 60430 | Administrative | 2221918127 | 04/26/18    30002 | $0.00 | $32,378.54<br>32,378.54 | $32,378.54 |
| 001<br>3110-00 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | | $0.00 | $2,550.00 | $2,550.00 |
| 001<br>3120-00 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | | $0.00 | $36.54 | $36.64 |
| 001<br>2200-00 | Gina B. Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 6060 | Administrative | | | $0.00 | $36.54 | $36.54 |
| 001<br>2100-00 | Gina B. Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 6060 | Administrative | | | $0.00 | $9,755.55 | $9,755.55 |
| 000001<br>070<br>7100-90 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | | $0.00 | $7,873.68 | $7,873.68 |
| 000002<br>070<br>7100-90 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | | $0.00 | $6,070.66 | $6,070.66 |
| 000003<br>070<br>7100-90 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | | $0.00 | $2,448.07 | $2,448.07 |
| 000004<br>070<br>7100-90 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | | $0.00 | $1,427.91 | $1,427.91 |
| 000005<br>070<br>7100-90 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | | $0.00 | $6,778.74 | $6,778.74 |

| | | | EXHIBIT C | | | |
|---|---|---|---|---|---|---|
| Page 2 | | | ANALYSIS OF CLAIMS REGISTER | | | Date: May 17, 2018 |

Case Number:  13-11534  
Debtor Name:  MCFARLAND, MARGARET                    Priority Sequence  
                                                    Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000006 070 7100-90 | Synchrony Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | | $0.00 | $2,822.01 | $2,822.01 |
| 000007 070 7100-90 | BMO Harris Bank, NA c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $0.00 | $1,033.20 | $1,033.20 |
| 999 8200-00 | MARGARET MCFARLAND 1522 APPLE GROVE LANE WESTMONT, IL 60559 | Unsecured | | $0.00 | $0.00 | $39,889.09 |
| | Case Totals: | | | $0.00 | $129,878.10 | $169,767.29 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-11534
Case Name: MCFARLAND, MARGARET
Trustee Name: GINA B. KROL

| | | |
|---|---|---|
| Balance on hand | $ | 80,954.80 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 9,755.55 | $ 0.00 | $ 9,755.55 |
| Trustee Expenses: GINA B. KROL | $ 36.54 | $ 0.00 | $ 36.54 |
| Attorney for Trustee Fees: Cohen & Krol | $ 2,550.00 | $ 0.00 | $ 2,550.00 |
| Other: Mathias Gill | $ 56,666.66 | $ 56,666.66 | $ 0.00 |
| Other: Mathias Gill | $ 32,378.54 | $ 32,378.54 | $ 0.00 |
| Other: Cohen & Krol | $ 36.64 | $ 0.00 | $ 36.64 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 12,378.73 |
| Remaining Balance | $ 68,576.07 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 28,454.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 7,873.68 | $ 0.00 | $ 7,873.68 |
| 000002 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ 6,070.66 | $ 0.00 | $ 6,070.66 |
| 000003 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 2,448.07 | $ 0.00 | $ 2,448.07 |
| 000004 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 1,427.91 | $ 0.00 | $ 1,427.91 |
| 000005 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 6,778.74 | $ 0.00 | $ 6,778.74 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | $ 2,822.01 | $ 0.00 | $ 2,822.01 |
| 000007 | BMO Harris Bank, NA<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 1,033.20 | $ 0.00 | $ 1,033.20 |
| | Total to be paid to timely general unsecured creditors | | | $ 28,454.27 |
| | Remaining Balance | | | $ 40,121.80 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 232.71 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

      The amount of surplus returned to the debtor after payment of all claims and interest is $ 39,889.09 .