UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re: §
§
MCFARLAND, MARGARET § Case No. 13-11534 JSB
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 325,078.00<br>*(Without deducting any secured claims)* | Assets Exempt: 177,150.00 |
| Total Distributions to Claimants: 28,686.98 | Claims Discharged<br>Without Payment: 54,665.97 |
| Total Expenses of Administration: 101,423.93 | |

3) Total gross receipts of $ 170,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 39,889.09  (see **Exhibit 2**), yielded net receipts of $ 130,110.91  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 305,909.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 101,423.83 | 101,423.93 | 101,423.93 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 54,665.97 | 28,454.27 | 28,454.27 | 28,686.98 |
| **TOTAL DISBURSEMENTS** | $ 360,574.97 | $ 129,878.10 | $ 129,878.20 | $ 130,110.91 |

  4)  This case was originally filed under chapter 7 on  03/21/2013 .  The case was pending for 67 months.

  5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/24/2018                        By:/s/GINA B. KROL
                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PERSONAL INJURY | 1242-000 | 170,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 170,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MARGARET MCFARLAND | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 39,889.09 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 39,889.09** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America Attn.: Bankruptcy/CA6-919-02-41 Po Box 5170 Simi Valley, CA 93062 | | 140,409.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City Ntl Bk/Ocwen Loan Service Attn: Bankruptcy P.O. Box 24738 West Palm Beach, FL 33416 | | 28,750.00 | NA | NA | 0.00 |
| | Pnc Bank, N.a. 1 Financial Pkwy Kalamazoo, MI 49009 | | 136,750.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 305,909.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:GINA B. KROL | 2100-000 | NA | 9,755.55 | 9,755.55 | 9,755.55 |
| TRUSTEE EXPENSES:GINA B. KROL | 2200-000 | NA | 36.54 | 36.54 | 36.54 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):COHEN & KROL | 3110-000 | NA | 1,700.00 | 1,700.00 | 1,700.00 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):GINA B. KROL | 3110-000 | NA | 850.00 | 850.00 | 850.00 |
| ATTORNEY FOR TRUSTEE EXPENSES (TRUSTEE FIRM):COHEN & KROL | 3120-000 | NA | 36.54 | 36.64 | 36.64 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):MATHIAS GILL | 3210-600 | NA | 56,666.66 | 56,666.66 | 56,666.66 |
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):MATHIAS GILL | 3220-610 | NA | 32,378.54 | 32,378.54 | 32,378.54 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 101,423.83 | $ 101,423.93 | $ 101,423.93 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express American Express Special Research Po Box 981540 El Paso, TX 79998 | | 6,778.00 | NA | NA | 0.00 |
| | American Express American Express Special Research Po Box 981540 El Paso, TX 79998 | | 2,530.00 | NA | NA | 0.00 |
| | American Express American Express Special Research Po Box 981540 El Paso, TX 79998 | | 2,448.00 | NA | NA | 0.00 |
| | Capital 1 Bank Attn: Bankruptcy Dept. Po Box 30285 Salt Lake City, UT 84130 | | 6,070.00 | NA | NA | 0.00 |
| | Carington Place P.O. Box 531242 Atlanta, GA 30353-1242 | | 1,029.00 | NA | NA | 0.00 |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | 5,618.00 | NA | NA | 0.00 |
| | Citibank Na 1000 Technology Dr O Fallon, MO 63368 | | 4,420.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Discover Fin Svcs Llc Pob 15316 Wilmington, DE 19850 | | 7,873.00 | NA | NA | 0.00 |
| | Gemb/sams Club Dc Gemb Finance Po Box 103104 Roswell, GA 30076 | | 2,624.00 | NA | NA | 0.00 |
| | Hutchens, Senter & Britton, P.A. P.O. Box 1028 Fayetteville, NC 28302 | | 0.00 | NA | NA | 0.00 |
| | Keough & Moody, P.C. 1250 East Diehl Rd. Suite 405 Naperville, IL 60563 | | 3,100.33 | NA | NA | 0.00 |
| | Kropik, Papuga & Shaw 120 S. LaSalle St. Chicago, IL 60603 | | 0.00 | NA | NA | 0.00 |
| | Northland Group, Inc. PO Box 390846 Minneapolis, MN 55439 | | 1,376.22 | NA | NA | 0.00 |
| | Professional Placement Services LLC Re: Village of Schaumburg Ambulance P.O. Box 612 Milwaukee, WI 53201-0612 | | 232.42 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rnb-fields3/Macy's Macy's Bankruptcy Department Po Box 8053 Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |
| | Sears/cbna Po Box 6282 Sioux Falls, SD 57117 | | 10,567.00 | NA | NA | 0.00 |
| 000005 | AMERICAN EXPRESS BANK, FSB | 7100-900 | NA | 6,778.74 | 6,778.74 | 6,778.74 |
| 000003 | AMERICAN EXPRESS CENTURION BANK | 7100-900 | NA | 2,448.07 | 2,448.07 | 2,448.07 |
| 000004 | AMERICAN EXPRESS CENTURION BANK | 7100-900 | NA | 1,427.91 | 1,427.91 | 1,427.91 |
| 000007 | BMO HARRIS BANK, NA | 7100-900 | NA | 1,033.20 | 1,033.20 | 1,033.20 |
| 000002 | CAPITAL ONE BANK (USA), N.A. | 7100-900 | NA | 6,070.66 | 6,070.66 | 6,070.66 |
| 000001 | DISCOVER BANK | 7100-900 | NA | 7,873.68 | 7,873.68 | 7,873.68 |
| 000006 | SYNCHRONY BANK | 7100-900 | NA | 2,822.01 | 2,822.01 | 2,822.01 |
| | AMERICAN EXPRESS BANK, FSB | 7990-000 | NA | NA | NA | 23.08 |
| | AMERICAN EXPRESS CENTURION BANK | 7990-000 | NA | NA | NA | 13.20 |
| | BMO HARRIS BANK, NA | 7990-000 | NA | NA | NA | 3.52 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CAPITAL ONE BANK (USA), N.A. | 7990-000 | NA | NA | NA | 20.67 |
| | DISCOVER BANK | 7990-000 | NA | NA | NA | 26.81 |
| | SYNCHRONY BANK | 7990-000 | NA | NA | NA | 9.61 |
| | MCFARLAND, MARGARET | 7990-002 | NA | NA | NA | 135.82 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 54,665.97 | $ 28,454.27 | $ 28,454.27 | $ 28,686.98 |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 13-11534 JSB Judge: JANET S. BAER | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | MCFARLAND, MARGARET | Date Filed (f) or Converted (c): | 03/21/13 (f) |
| | | 341(a) Meeting Date: | 04/12/13 |
| For Period Ending: | 09/24/18 | Claims Bar Date: | 06/23/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1522 APPLE GROVE LN., WESTMONT, IL 60559 | 157,135.00 | 0.00 | OA | 0.00 | FA |
| 2. 206 CARRINGTON PLACE, ARDEN, NC 28704 | 165,000.00 | 0.00 | OA | 0.00 | FA |
| 3. FINANCIAL ACCOUNTS | 200.00 | 0.00 | OA | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 750.00 | 0.00 | OA | 0.00 | FA |
| 5. WEARING APPAREL | 300.00 | 0.00 | OA | 0.00 | FA |
| 6. PENSION / PROFIT SHARING | 450.00 | 0.00 | OA | 0.00 | FA |
| 7. PENSION / PROFIT SHARING | 170,000.00 | 0.00 | OA | 0.00 | FA |
| 8. LIQUIDATED CLAIMS | 2,734.00 | 0.00 | OA | 0.00 | FA |
| 9. VEHICLES | 5,659.00 | 0.00 | OA | 0.00 | FA |
| 10. PERSONAL INJURY (u) | 0.00 | 170,000.00 | | 170,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $502,228.00 | $170,000.00 | | $170,000.00 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Pre-trial mediation set for June 2017; trial scheduled for early December 2017 - May 22, 2017

Personal injury action pending March 16, 2017, 10:46 am

Personal injury action pending October 12, 2016, 02:40 pm

Personal injury action pending
October 08, 2015, 10:18 am

LFORM1

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Ver: 20.00j

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 13-11534   JSB   Judge: JANET S. BAER | Trustee Name:    GINA B. KROL |
| Case Name: | MCFARLAND, MARGARET | Date Filed (f) or Converted (c):  03/21/13 (f) |
| | | 341(a) Meeting Date:   04/12/13 |
| | | Claims Bar Date:   06/23/14 |

Personal Injury case pending
October 22, 2014, 04:18 pm

October 02, 2014, 10:30 am Trustee reopened bankrutpcy case to administer an undisclosed personal injury action

Initial Projected Date of Final Report (TFR): 12/15/15      Current Projected Date of Final Report (TFR): 12/31/18

/s/   GINA B. KROL
_____   Date: 09/24/18
      GINA B. KROL

FORM 2

Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-11534 -JSB | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | MCFARLAND, MARGARET | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******8127 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8345 | | | |
| For Period Ending: | 09/24/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/25/18 | 10 | CNA<br>Chicago, IL | Partial Settlement Proceeds | 1242-000 | 80,000.00 | | 80,000.00 |
| 04/26/18 | 10 | Philadelphia Insurance Company<br>One Bala Plaza<br>Suite 100<br>Bala Cynwyd, PA 19004 | Settlement Proceeds | 1242-000 | 90,000.00 | | 170,000.00 |
| 04/26/18 | 030001 | Matthias Gill<br>1820 Ridge Road<br>Suite 216<br>Homewood, IL 60430 | Attorneys' Fees per Court Order | 3210-600 | | 56,666.66 | 113,333.34 |
| 04/26/18 | 030002 | Matthias Gill<br>1820 Ridge Road<br>Suite 216<br>Homewood, IL 60430 | Attorneys' Expenses per Court Order | 3220-610 | | 32,378.54 | 80,954.80 |
| 06/22/18 | 030003 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorneys' Fees | 3110-000 | | 1,700.00 | 79,254.80 |
| 06/22/18 | 030004 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorneys' Expenses | 3120-000 | | 36.64 | 79,218.16 |
| 06/22/18 | 030005 | Gina B. Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 6060 | Final Distribution<br>Trustee Expenses | 2200-000 | | 36.54 | 79,181.62 |
| 06/22/18 | 030006 | Gina B. Krol<br>105 W. Madison Street<br>Suite 1100 | Final Distribution<br>Trustee Fees | 2100-000 | | 9,755.55 | 69,426.07 |

Page Subtotals 170,000.00 100,573.93

Ver: 20.00j

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-11534 -JSB | | Trustee Name: | GINA B. KROL |
| Case Name: | MCFARLAND, MARGARET | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******8127 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8345 | | | |
| For Period Ending: | 09/24/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, IL 6060 | | | | | |
| 06/22/18 | 030007 | Gina B. Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 6060 | Final Distribution | 3110-000 | | 850.00 | 68,576.07 |
| 06/22/18 | 030008 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final Distribution | | | 7,900.49 | 60,675.58 |
| | | | Claim        7,873.68 | 7100-900 | | | |
| | | | Interest          26.81 | 7990-000 | | | |
| 06/22/18 | 030009 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Final Distribution<br>(2-1) modified on 4/14/2014 to<br>correct creditor address (MMR) | | | 6,091.33 | 54,584.25 |
| | | | Claim        6,070.66 | 7100-900 | | | |
| | | | Interest          20.67 | 7990-000 | | | |
| 06/22/18 | 030010 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Final Distribution<br>(3-1) CREDIT CARD DEBT | | | 2,456.41 | 52,127.84 |
| | | | Claim        2,448.07 | 7100-900 | | | |
| | | | Interest           8.34 | 7990-000 | | | |
| 06/22/18 | 030011 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Final Distribution<br>(4-1) CREDIT CARD DEBT | | | 1,432.77 | 50,695.07 |
| | | | Claim        1,427.91 | 7100-900 | | | |
| | | | Interest           4.86 | 7990-000 | | | |
| 06/22/18 | 030012 | American Express Bank, FSB | Final Distribution | | | 6,801.82 | 43,893.25 |

Page Subtotals          0.00          25,532.82

Ver: 20.00j

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-11534 -JSB | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | MCFARLAND, MARGARET | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******8127 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8345 | | | |
| For Period Ending: | 09/24/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | (5-1) CREDIT CARD DEBT<br><br>Claim        6,778.74<br>Interest         23.08 | <br><br>7100-900<br>7990-000 | | | |
| 06/22/18 | 030013 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Final Distribution<br>(6-1) Sam's ClubDiscover or GEMB or GECRB<br><br>Claim        2,822.01<br>Interest          9.61 | <br><br><br>7100-900<br>7990-000 | | 2,831.62 | 41,061.63 |
| 06/22/18 | 030014 | BMO Harris Bank, NA<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Final Distribution<br>(7-1) CREDIT CARD DEBT<br><br>Claim        1,033.20<br>Interest          3.52 | <br><br>7100-900<br>7990-000 | | 1,036.72 | 40,024.91 |
| 06/22/18 | 030015 | MARGARET MCFARLAND<br>1522 APPLE GROVE LANE<br>WESTMONT, IL  60559 | Final Distribution<br>Surplus Funds<br><br>Claim       39,889.09<br>Interest        135.82 | <br><br>8200-002<br>7990-000 | | 40,024.91 | 0.00 |

Page Subtotals        0.00        43,893.25

Ver: 20.00j

LFORM24

UST Form 101-7-TDR (10/1/2010)  *(Page: 14)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-11534 -JSB | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | MCFARLAND, MARGARET | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******8127  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8345 | | | |
| For Period Ending: | 09/24/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | 170,000.00 | 170,000.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | Subtotal | 170,000.00 | 170,000.00 | |
| | | | Less: Payments to Debtors | | 40,024.91 | |
| | | | Net | 170,000.00 | 129,975.09 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******8127 | 170,000.00 | 129,975.09 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 170,000.00 | 129,975.09 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 20.00j

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*